# United States District Court
# Western District of North Carolina
# Bryson City Division

| | | |
|---|---|---|
| **Casey Elison Gibby** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 2:13-cv-00014-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security | ) | |
| Administration, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2013 Order.

                                                     November 15, 2013

Frank G. Johns, Clerk
United States District Court